Joe WOODLEY, Appellant, v. STATE of Texas, Appellee. (No. 12695.)

Court of Criminal Appeals of Texas. June 26, 1929.

W. S. Shipp, of Belton, and Wm. Kennedy, of Groesbeck, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, felony theft; penalty, two years in the penitentiary.

The record is bare of any bill of exception or statement of facts. No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.